1  **PINNOCK & WAKEFIELD**, A.P.C.
   Theodore A. Pinnock, Esq.     Bar #: 153434
2  David C. Wakefield, Esq.      Bar #: 185736
   Michelle L. Wakefield, Esq.   Bar #: 200424
3  3033 Fifth Avenue, Suite 410
   San Diego, CA 92103
4  Telephone: (619) 858-3671
   Facsimile: (619) 858-3646
5

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBERSHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY; VICTORIA VILLAGE PLAZA, LLC (COMPANY/CORPORATION);<br><br>And **DOES 1 THROUGH 10,** Inclusive,<br><br>Defendants. | Case No.:  06cv1642 BTM (RBB)<br><br>**ORDER ON EX-PARTE MOTION TO CONTINUE THE MOTION HEARING DATE FOR DEFENDANTS MOTION FOR A PREFILING ORDER PROHIBITING A VEXATIOUS LITIGANT FROM FILING NEW LITIGATION WITHOUT LEAVE OF COURT TO POST SECURITY, AND FOR MONETARY SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEEDURE RULE 11 AGAINST PLAINTIFF DELORES JACKSON AND/OR HER COUNSEL**<br><br>Judge: HON. BARRY TED MOSKOWITZ<br>Courtroom:    15 |

///

///

-1-

Case Number 06cv1642 BTM RBB

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

   The hearing date for DEFENDANTS MOTION FOR A PREFILING ORDER PROHIBITING A VEXATIOUS LITIGANT FROM FILING NEW LITIGATION WITHOUGH LEAVE OF COURT TO POST SECURITY, AND FOR MONETARY SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEEDURE RULE 11 AGAINST PLAINTIFF DELORES JACKSON AND/OR HER COUNSEL shall be continued to April 6, 2007 at 11:00am.

Dated: March 8, 2007

_____
Hon. Barry Ted Moskowitz
United States District Court Judge