# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An individual<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LORI JOHSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBER SHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY; VICTORIA VILLAGE PLAZA, LLC (COMPANY/CORPORATION); and DOES 1-10, Inclusive<br><br>　　　　　Defendants. | **Case No.: 06 CV 1642 BTM (RBB)**<br><br>**ORDER RE: DEFENDANTS'** *EX PARTE* **APPLICATION FOR WAIVER OF ATTENDANCE AT CASE MANAGEMENT CONFERENCE, SETTLEMENT CONFERENCE, AND ORDER TO SHOW CAUSE HEARING**<br><br>Date:<br>Time:<br>Judge:　Hon. Ruben Brooks |

/ / /

/ / /

/ / /

/ / /

---

Jackson v. Johnson　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 06 CV 1642 BTM**
(RBB)

1    IT IS HEREBY ORDERED that Defendants' Ex Parte Application for Waiver of Attendance at
2 Case Management Conference, Settlement Conference, and Order to Show Cause Hearing is denied.
3    The settlement conference and order to show cause hearing presently set for March 21, 2007,
4 at 10:00 a.m. in the chambers of Magistrate Judge Ruben B. Brooks is vacated and reset for April 5,
5 2007, at 8:00 a.m.

7 DATED:  March 20, 2007                    _____
8                                            Hon. Ruben B. Brooks
                                             United States Magistrate Judge