# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An individual,<br><br>Plaintiffs,<br>vs.<br><br>LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBER SHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY; VICTORIA VILLAGE PLAZA, LLC (COMPANY/CORPORATION); and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 06cv1642 BTM (RBB)<br><br>**ORDER RE:**<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR: (1) AN ORDER CONTINUING DEFENDANTS' MOTION FOR A PRE-FILING ORDER; AND (2) AN ORDER GRANTING DEFENDANTS LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION [Doc. #34]**<br><br>**and**<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO STRIKE DEFENDANTS' REPLY [Doc. #33]** |

On February 21, 2007, Defendants filed a motion for a pre-filing order deeming Plaintiff Jackson a vexatious litigant and prohibiting her from filing any new litigation without leave of the Court. The motion was originally scheduled for hearing on March 23, 2007, but was subsequently continued to April 6 at the request of Plaintiffs. Plaintiffs timely filed their opposition to Defendants' motion on March 23 and Defendants' filed a late reply on April 2.

On April 3, Plaintiffs filed an ex parte application to strike Defendants' reply as untimely.  That same day, Defendants filed an ex parte application to continue the hearing date on their motion in order to allow time for them to file a supplemental declaration, which they allege is directly relevant to the Court's determination of Defendants' motion.  They also requested that an order issue granting them leave to file the supplemental declaration.

Having considered the submissions of the parties, the Court finds good cause shown for continuing the hearing on Defendants' motion.  Accordingly, Defendants' ex parte application is hereby **GRANTED**.  The hearing on Defendants' pending motion [Doc. #14] is continued to **May 4, 2007 at 11:00am**.  Defendants are granted leave to file a supplemental declaration in support of their motion on or before **April 13, 2007**.  If Plaintiffs wish, they may file a supplemental response by **April 27, 2007**.

Plaintiffs are correct that Defendants' previously filed reply brief was untimely.  However, the Court finds that the delay in filing was minimal (one business day) and that, with the one month continuance in the hearing date, there will be no prejudice in allowing the reply to be considered.  Accordingly, Plaintiffs' motion to strike is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: April 5, 2007

*Barry Ted Moskowitz*

Hon. Barry Ted Moskowitz
United States District Judge