UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBERSHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY; VICTORIA VILLAGE PLAZA, LLC (COMPANY/CORPORATION); and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 06cv1642 BTM (RBB)<br><br>[~~PROPOSED~~] ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANTS LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBERSHOP; and DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

　　**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, and Defendants LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a.

1  MIKE'S ALPINE BARBERSHOP; and DONALD WALCOTT d.b.a. ALPINE
2  FRONTIER GALLERY, on the other hand, through their respective
3  attorneys of record that ONLY Defendants LORI JOHNSON d.b.a.
4  LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a. MIKE'S
5  ALPINE BARBERSHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY
6  are dismissed with prejudice from Plaintiffs' Complaint, Case
7  Number: 06cv1642 BTM (RBB). Additionally, the dismissal of ONLY
8  Defendants LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS;
9  THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBERSHOP; and DONALD WALCOTT
10 d.b.a. ALPINE FRONTIER GALLERY shall not affect the continuing
11 litigation with the remaining Defendant in this matter.

13 **IT IS SO ORDERED.**

15 Dated: May 1, 2007        _____
16                           HONORABLE BARRY TED MOSKOWITZ
                             UNITED STATES DISTRICT COURT JUDGE