**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.     Bar #: 153434
David C. Wakefield, Esq.      Bar #: 185736
Michelle L. Wakefield, Esq.   Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiffs,<br>v.<br><br>LORI JOHNSON d.b.a. LORI'S FRAMES, FIBERS AND FRILLLS; THOMAS KNIGHT d.b.a. MIKE'S ALPINE BARBERSHOP; DONALD WALCOTT d.b.a. ALPINE FRONTIER GALLERY; VICTORIA VILLAGE PLAZA, LLC (COMPANY/CORPORATION); and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.:  06cv1642 BTM (RBB)<br><br>[PROPOSED]  ORDER ON PLAINTIFFS' EX-PARTE APPLICATION TO GRANT PLAINTIFFS' LEAVE TO AMEND THEIR CIVIL COMPLAINT<br><br>Judge: The Honorable Barry Ted Moskowitz<br>Courtroom: 15 |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

   Plaintiffs are hereby granted leave to Amend their Civil Complaint in this matter by the filing of their [Proposed} First

-1-

Case Number: 06cv1642 BTM (RBB)

1  Amended Complaint in accordance with Fed.R.Civ.P. Rule 15.
2  Plaintiffs shall file their [Proposed] First Amended Complaint
3  within 10 days of entry of this order.

4

5
   Dated:   June 20, 2007                  _____
6                                          Honorable Barry Ted Moskowitz
                                           United States District Court Judge
7